[No. 12329-1-II.   Division Two.   February 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE MATTHEW DAUGAARD, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 2209, Grant S. Meiner, J., entered October 12, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 12245-6-II.   Division Two.   February 13, 1990.]

*In the Matter of the Marriage of* SHERILL D. ROSE, *Appellant, and* CURTIS L. ROSE, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-3-00539-6, Leonard W. Costello, J. Pro Tem., entered August 12, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 9837-1-III.   Division Three.   February 15, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES L. DORSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 88-1-00080-1, Evan E. Sperline, J., entered January 20, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.